FILED

2016 SEP 22 AM 8:43

US. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
DEP. CLK.
BY____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME **Leingang**  CASE NO **11-46773**

FOR:
- ✓ DEBTOR
- ___ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY ( Please include Bar ID Number _____ )
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS:**

NAME: CUT N CORE STORE

ADDRESS: 22757 72ND AVE S STE E102

KENT, WASHINGTON 98032

PHONE: 425-291-9292

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: CUT N CORE (NEW NAME - CESSCO INC)

ADDRESS: 4222 NE COLUMBIA BLVD

PORTLAND, OREGON 97218

PHONE: 503-288-1242

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

*[signature]*

Sean Moriarty

Date 9/19/2016

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 06/12