

RECEIVED
Western District of Washington
at Seattle

SEP 23 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | SECTION 347 (a) UNCLAIMED |
| | ) | PROPERTY REPORT |
| Various debtors-- | ) | |
| See attached listing | ) | |
| | ) | |

Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

Unclaimed funds in the amount of **$481.93** paid to the above-entitled Court.

Dated this 19th day of September, 2016

Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

**Unclaimed funds September 19, 2016**

| Case Number | DEBTOR | CREDITOR | CHECK # | AMOUNT |
|---|---|---|---|---|
| 11-45675 | Jerry & Diane Rogers | Trustee claim # 28<br>US Dept of Education<br>PO Box 530260<br>Atlanta GA 30353-0260 | 622914 | 23.58 |
| 11-46773 | Keith & Debbie Leingang | Trustee claim # 17<br>4570 N 1st Ave Suite 120<br>Tucson AZ 85718 | 622912 | 458.35 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | 481.93 |